**Roy Charles THOMPSON,
Petitioner–Appellant,**

v.

**Grady J. HAYNES, Respondent–
Appellee.**

No. 07–6313.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 3, 2007.

Decided: Aug. 21, 2007.

Roy Charles Thompson, Appellant Pro Se. Clarence Joe DelForge, III, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Charles Thompson seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. *Miller–El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee*, 252 F.3d 676, 683–84 (4th Cir.2001). We have independently reviewed the record and conclude that Thompson has not made the requisite showing. Accordingly, we deny leave to proceed in forma pauperis, deny Thompson's motion for a certificate of appealability, and dismiss the appeal. We also deny Thompson's motion for injunctive relief and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are

---

adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

DeShanta Hinton seeks to appeal the district court's order dismissing certain defendants in her 42 U.S.C. § 1983 (2000) suit. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). In this case, claims remain pending in the district court against several other defendants. The order Hinton seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Baird v. Palmer*, 114 F.3d 39, 42 (4th Cir.1997). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*